

305 Broadway, 14th Floor
New York, New York 10007
Tel: (212) 323-6880
Fax: (212) 323-6881
www.hwandf.com

Gabriel P. Harvis
gharvis@hwandf.com
Christopher D. Wright
cwright@hwandf.com
Baree N. Fett
bfett@hwandf.com

March 27, 2015

**BY ECF AND FAX (212) 805-0426**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Marcus v. City of New York, et al.*, 14 CV 3296 (LTS)

Your Honor:

    I represent plaintiff in the above-referenced matter. I write pursuant to the Court's order dated March 11, 2015, to respectfully advise the Court on the status of the Bronx County District Attorney's investigation of the police officers involved in plaintiff's arrest.

    The undersigned spoke with the assigned Assistant District Attorney on March 25, 2015. I was informed that the criminal investigation is in the final stages, with the police officers expected to appear with counsel by May 1, 2015. The investigation is expected to conclude by May 15, 2015. Accordingly, the parties respectfully request that the pending stay be continued until May 15th, at which point the parties be permitted to submit a further status letter regarding the outcome of the investigation.

    Thank you for your consideration of this request.

                                             Respectfully submitted,

                                             Gabriel P. Harvis

cc:    ACC Matthew Modafferi, Esq.