

305 Broadway, 14th Floor
New York, New York 10007
Tel: (212) 323-6880
Fax: (212) 323-6881
www.hwandf.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-2015

Gabriel P. Harvis
gharvis@hwandf.com
Christopher D. Wright
cwright@hwandf.com
Baree N. Fett
bfett@hwandf.com

May 15, 2015

**BY ECF AND FAX (212) 805-0426**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



MEMO ENDORSED

Re:   *Marcus v. City of New York, et al.*, 14 CV 3296 (LTS)

Your Honor:

I represent plaintiff in the above-referenced matter. I write pursuant to the Court's order dated March 11, 2015 and the parties' prior status report dated March 27, 2015, to respectfully update the Court on the status of the Bronx County District Attorney's investigation into the police officers involved in plaintiff's arrest.

The undersigned recently spoke with the assigned Assistant District Attorney. I was informed that the criminal investigation has been delayed and remains in its final stages, with the police officers expected to appear with counsel in the coming weeks. The investigation is expected to conclude by July 15, 2015. Accordingly, the parties respectfully request that the pending stay be continued until July 15th, at which point the parties be permitted to submit a further status letter regarding the outcome of the investigation.

Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

The request is granted.

cc:   ACC Matthew Modafferi, Esq.

      ADA Paige Wallace, Esq. (by e-mail)

**SO ORDERED:**

_____ 5/15/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE