

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MATTHEW J. MODAFFERI**<br>*Senior Counsel*<br>Phone: (212) 356-2331<br>Fax: (212) 356-3509<br>mmodaffe@law.nyc.gov |

July 16, 2015

**BY ECF and FIRST CLASS MAIL**
Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   <u>Derrick Marcus v. City of New York, et al.</u>, 14 Civ. 3296 (LTS)

Your Honor:

      I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing Defendant City of New York in the above-referenced matter. I submit this status report on behalf of all the parties as required by the Court's Order dated May 15, 2015.

      The Bronx District Attorney's Office has not yet concluded its investigation into the conduct of the police officers in this matter. However, both the undersigned and plaintiff's counsel have been informed that the investigation is in its final stages. Accordingly, the parties respectfully request that the pending stay be continued until August 17, 2015, at which point the parties can submit a further status letter regarding the outcome of the investigation.

      Thank you for your consideration herein.

      Respectfully submitted,

      /s/

      Matthew J. Modafferi
      *Senior Counsel*
      Special Federal Litigation Division

cc:   Gabriel Harvis, Esq. (By ECF)
      Harvis, Wright & Fett, LLP
      *Attorneys for Plaintiff*